# EXHIBIT  A



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

FILED
CIVIL DIVISION
JUN 0 2 2023
Superior Court of the
District of Columbia

Case No. _____

2023    3235

**COMPLAINT**
Jurisdiction of this Court is founded on D.C. Code § 11-921.

Angelica Walker
PLAINTIFF

vs

Embassy of Sweden
DEFENDANT

2121 First Street SW, #817
Address (No Post Office Boxes)

2900 K Street NW
Address (No Post Office Boxes)

Washington DC 20024
City        State        Zip Code

Washington DC 20007
City        State        Zip Code

305 742 6696
Telephone Number

202 467 2600
Telephone Number

angelicawalker87@gmail.com
Email Address (optional)

ambassaden.washington@gov.se
Email Address (optional)

1.  Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

    I was employed by the Swedish Embassy with start date
    August 10th, 2021 in a commercial, non-diplomatic
    role advertised to anyone with a work permit in the U.S.
    After experiencing some time of being excluded from
    work place meetings and activities, not being presented
    with work employment contract, or documentation of relevance
    no taxation information
    but taxes were filed in Sweden by employer on my
    see addendum

2.  What relief are you requesting from the Court? Include any request for money damages.

    Noneconomic damage awards/ compensatory for personal injuries in form
    of compensation for pain and suffering and emotional distress
    that the plaintiff and her family has suffered as a result of
    the employer's actions.
                                    ⟶ see addendum

Form CA-3074 [Rev. Nov. 2017]          1          Super. Ct. Civ. R. 3

3.   State any other information, of which the Court should be aware:



Pending case related to action being filed at OHR, # 17205.
Employment issues includes discrimination based on my
disability and national origin by defendant subjecting
plaintiff to a hostile work environment, discipline, failure
to accommodate and discharge, also issues regarding retaliation
regarding taxation, favoritism, discrimination in work hiring

*(unemployment compensation)*

processes, discrimination and retaliation of family member
and family business and whistle blower related matters
the Swedish government's handling of citizen's passports
Processing, violations of Swedish laws (including constitutional
and administrative law) and
human rights.
All within "commercial activities"

**SIGNATURE**

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to
harass the Defendant(s). Superior Court Civil Rules 11(b).

**SIGNATURE**

06 / 01 / 2023
**DATE**

Subscribed and sworn to before me this _____ 2 _____ day of ___ June ____ 20 23 .

V. Himber

(Notary Public/Deputy Clerk)

2

1/3

**ADDENDUM TO COMPLAINT**

**Superior Court of the District of Columbia CIVIL DIVISION – Civil Actions Branch, 500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**

**Case No.** _____

1. behalf although I have no connection to Sweden since many years back (I only travel back every few years to visit friends and relatives), no specification of duties and responsibilities, issues between the two departments my role was divided by, bullying in form of exclusion, comments, gossip, shift blame of chaotic communication ways amongst my supervisors and other staff members in higher positions than mine, citizen concerns and complaints in regards to the embassy's conduct and failing services (I was responsible for taking the main part of complaints and concerns from Swedish citizens, "the face of the embassy" as the staff members calls it internally) and a racial profiling incident of my husband at my workplace, etc., I made complaints and asked for guidance by my supervisor/head of department in a meeting where I asked for reasonable accommodation due to my disability and concerns about my mental health in form of clear communication, description of mine (and the staff members that I worked closely with) duties and responsibilities, to possibly worked with a closed glass door to my office/open front desk area and for a specific person not to bother me further until we had solved the work place and duty issues as she was the main person bullying me, gossiping, making some of my daily duties impossible to perform as she was responsible for specific legal details, etc. The plaintiff suggested meetings between the staff members involved and training to prevent work bullying, toxic work environment, racism, discrimination and favoritism, etc. Nothing was done by the supervisor, but instead the exclusion and odd behavior towards the plaintiff, and her family, by multiple colleagues continued and escalated drastically after the meeting that took place on January 31st, 2022.

I escalated my concerns with the ambassador, Karin Olofsdotter, on February 4th, 2022. The ambassador promised me that my concerns and complaints would be taken seriously and that she was personally going to "handle the problem". After that I never saw the ambassador again but was called into a meeting on February 10th, 2022, where the deputy chief, supervisor/head of plaintiff's department and the personnel officer expressly raised concerns about my mental health, stating that they all, and others, felt that I was making them uncomfortable and I was told to go home and not come back to the embassy until their investigation regarding the concerns and complaints was completed. I was not allowed to speak much for herself in that meeting and my questions on why I should go home was left ignored. I assured them that nothing had changed with me being able to perform my duties and that I only needed some sort of reasonable accommodation and for the toxic work environment and discrimination to stop and continued to professionally question their actions and response to my raised concerns as I was in total shock of all the escalating and confusing events taking place after I raised my concerns and asked for reasonable accommodation. I was fired with no explanation or documentation as a result of my disability on or around April 20th, 2022, and no HR investigation was ever made, neither was any reasonable accommodation or any suggestions of solutions. My questions on what the reason for them firing me has been ignored ever since. The retaliation has continued after being fired since applied for positions at the embassy that I qualify for and has not been called for interviews, the employer has

filed taxes on my behalf in Sweden with no further explanations, my husband's business is being discriminated on where he is not allowed to host a planned event at the embassy's commercially and publicly offered event space center in House of Sweden.

I was given no reason or documentation on why I was fired. The termination is in violation of The District of Columbia Human Rights Act (DCHRA), so are the retaliatory actions towards me and my family that has continued throughout 2022 and 2023, and is ongoing (discrimination claim filed with OHR regarding the discrimination towards my husband and his business). According to DCHRA all DC employers must at the time of hire provide detailed information including the rate of pay and basis of the rate, for example by the hour, shift, day, week, salary, piece, or commission; overtime pay rate and exemptions from overtime. The embassy has failed to do so regarding the plaintiff's employment.

According to DCHRA, DC employers must post a copy of a summary of the law; failure to post the required notice tolls the running of the statute of limitations. The embassy has not posted such document at any time during the plaintiff's employment.

Employees are protected from retaliation if employee complains or is believed by his/her employer to have complained to DC or the federal government, provides information to DC or federal authorities or testifies. Retaliation is presumed if an adverse action is taken against an employee within 90 days of the employee's engaging in any of these activities. The embassy has punished me for raising concerns and made complaints by not giving me my documentation, continuing to discriminate on my family, and have given my employment to others (according to the documentation I was given in January 2022, I was supposed to get firsthand offer as full time receptionist as the temporary pregnant women that had that role never came back/turned the offer down, or something to the similar as I had worked in that role over six months (trial period)), I have not been invited to interviews where I have should have been with my qualifications and work experience, and seniority.

According to DCHRA, discrimination due to specifically disability, national origin, familial status, family responsibilities and marital status is prohibited. The embassy has failed to live up to human rights in the plaintiff's employment and has engaged in harassment, disparate treatment towards the defendant and has taken tangible adverse action against the plaintiff in the ways mentioned within this complain (further details and evidence will be presented).

DCHRA applies to all employers that do business within the District of Columbia, regardless of size, as human rights are superior to foreign sovereignty where the entity in question is conducting "commercial activity". My employment was included in the embassy's commercial activity where I was serving the American public in my role, as well as the embassy's commercial event space, House of Sweden, etc. and this position is part of the mission's locally employees, meaning that they advertise this position to everyone with an American work permit/American citizenship as well as people from other nationalities as it is not a diplomatic role that lacks sovereign powers. It is the plaintiff's and every Washington D.C. resident's legal, civil, and human right to be free from discrimination at work and in public accommodation spaces and businesses in Washington D.C. See Code of the District of Columbia § 2-1403.16 (a), 28 U.S. Code § 1602.

3/3

It is of the highest importance that people employed at embassies can use their voices and raise concerns and make complaints for themselves and others where discrimination and violation of human rights is taking place, especially in an unstable world where democracy is under threat and toxic silence culture harm a lot of people.

2. Some of the pain and suffering, and emotional stress the plaintiff and her family members have suffered consist of headache, neck pain, muscle strain, anxiety, pts, insomnia/loss of sleep, fear, sadness, anger/frustration, psychological trauma, embarrassment and humiliation, lost enjoyment of life, distress over a disability, malicious and unjustified harm of the plaintiff's good reputation/ character assassination of plaintiff and her family, diminished quality of life, etc. The plaintiff seeks a total of $7,000,000 which consist of a rough estimate of 33 years of employment in the same role until retirement (not taking in factors like inflation, future economy aspects, etc.) in the amount of $2,000,000, and $5,000,000 for the trauma and wrongdoing that has cost severe pain and suffering, emotional distress, etc. as mentioned above.

The plaintiff asks the court to reinstate her employment and reasonable accommodation if possible. Should the judge reinstate the plaintiff's employment, the plaintiff is satisfied with that decision instead of the lost salary of a life carrier's worth.

The plaintiff is also seeking punitive damages/action to make the embassy and their employees stop acting in detrimental and inhumane manners towards people in the District of Columbia and stop the conduct that causes discrimination and harm as it is a definite and mandatory base for any privileged embassy honorably hosted in another country to follow the host countries' laws, international laws and conventions, and bare minimum at all times live up to the United Nation's Universal Declaration of Human Rights and it's addendums, with emphasis on Article 1, 2, 3, 5, 7, 8, 12, 13, 16, 18, 19, 21, 22, 23, 24, 25, 27, 28, 29. The Swedish goverment has focused the last year on a rushed NATO membership over remedying the severe issues and governmental department chaos reported about by a huge amount of governmental employees/whistleblowers, in Swedish governmental union writings and objective media. Within the minimum requirements for a NATO membership the U.S. State Department states that "New members must uphold democracy, including tolerating diversity" and that "they must be good neighbors and respect sovereignty outside their borders".

## ADDENDUM TO COMPLAINT

2023   3235

CASE NO._____

## ADDITIONAL PARTY NAMES AND ADDRESSES

Karin Olofsdotter

☐ PLAINTIF   ☒ DEFENDANT

2900 K Street NW

Address (No Post Office Boxes)

Washington DC, 20007

City           State           Zip

202 467 2600

Telephone Number

Ambassaden. washington -

Email Address (Optional)   ambassadorsoffice @ gov.se

☐ PLAINTIFF   ☐ DEFENDANT

Address (No Post Office Boxes)

City           State           Zip

Telephone Number

Email Address (Optional)

☐ PLAINTIF   ☐ DEFENDANT

Address (No Post Office Boxes)

City           State           Zip

Telephone Number

Email Address (Optional)

☐ PLAINTIFF   ☐ DEFENDANT

Address (No Post Office Boxes)

City           State           Zip

Telephone Number

Email Address (Optional)



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Angelica Walker_
_____ Plaintiff

vs.

_Karin Olofsdotter_
_____ Defendant

**2023    3235**

Case Number _____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Angelica Walker_
Name of Plaintiff's Attorney

_2121 First Street SW, # 817_
Address

_Washington DC, 20024_

_305 742 6696_
Telephone

By _____
                    Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주세요/써요    የትርጉም አገልግሎት ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                         Demandante
contra

_____
                                         Demandado

Número de Caso: _____

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                              *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                              Por: _____

_____
Dirección                                              Subsecretario

_____

                              Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

만일 번역을 원하시면 (202)879-4828 로 전화주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                              Super. Ct. Civ. R. 4



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Angelica Walker
_____
                    Plaintiff

vs.                                                      Case Number **2 0 2 3    3 2 3 5**

Embassy of Sweden
_____
                    Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Angelica Walker
_____                              _Clerk of the Court_
Name of Plaintiff's Attorney

2121 First Street SW, #817
_____         By _____
Address                                                                Deputy Clerk
Washington DC, 20024
_____
305 742 6696
_____         Date _____
Telephone
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주실제/세요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ።

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                              Super. Ct. Civ. R. 4



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante
        contra
                                                              Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandado. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

                                            Por: _____
_____                    Subsecretario
Dirección

_____

                                            Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 이번호로 전화주십시오 (202)879-4828 로 전화주십시오        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                        Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

### CIVIL DIVISION - CIVIL ACTIONS BRANCH
### INFORMATION SHEET

Case Number: __2023 - 3235__

_Angelica Walker_
Plaintiff(s)

Date: __06/01/2023__

vs

_Embassy of Sweden_
Defendant(s)

[X] One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* _Angelica Walker_ | **Relationship to Lawsuit** |
| Firm Name: | [ ] Attorney for Plaintiff |
| | [X] Self (Pro Se) |
| Telephone No.:      DC Bar No.: <br> 305 742 6696 | [ ] Other: _____ |

TYPE OF CASE:   [ ] Non-Jury   [X] 6 Person Jury     [ ] 12 Person Jury

Demand: $ _7,000 000_     Other: _Punitive action/damages, reinstate_
_stop discrimination_ _employment,_

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____   Judge: _____   Calendar #:_____

Case No.:_____   Judge: _____   Calendar #:_____

---

**NATURE OF SUIT:**    *(Check One Box Only)*

**CONTRACT**
- [ ] Breach of Contract
- [ ] Breach of Warranty
- [ ] Condo/Homeowner Assn. Fees
- [ ] Contract Enforcement
- [ ] Negotiable Instrument

**COLLECTION/INS. SUB**
- [ ] Debt Collection
- [ ] Insurance Subrogation
- [ ] Motion/Application for Judgment by Confession
- [ ] Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
- [ ] Breach of Contract
- [X] Discrimination
- [ ] Wage Claim
- [ ] Whistle Blower
- [ ] Wrongful Termination

**REAL PROPERTY**
- [ ] Condo/Homeowner Assn. Foreclosure
- [ ] Declaratory Judgment
- [ ] Drug Related Nuisance Abatement
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Interpleader
- [ ] Other
- [ ] Quiet Title
- [ ] Specific Performance

- [ ] **FRIENDLY SUIT**
- [ ] **HOUSING CODE REGULATIONS**
- [ ] **QUI TAM**
- [ ] **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
- [ ] Administrative Search Warrant
- [ ] App. for Entry of Jgt. Defaulted Compensation Benefits
- [ ] Enter Administrative Order as Judgment
- [ ] Libel of Information
- [ ] Master Meter
- [ ] Petition Other

- [ ] Release Mechanics Lien
- [ ] Request for Subpoena

**MALPRACTICE**
- [ ] Medical – Other
- [ ] Wrongful Death

**AGENCY APPEAL**
- [ ] Dangerous Animal Determination
- [ ] DCPS Residency Appeal
- [ ] Merit Personnel Act (OEA)
- [ ] Merit Personnel Act (OHR)
- [ ] Other Agency Appeal

- [ ] **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- ☐ Currency
- ☐ Other
- ☐ Real Property
- ☐ Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- ☐ Birth Certificate Amendment
- ☐ Death Certificate Amendment
- ☐ Gender Amendment
- ☐ Name Change

**TORT**
- ☐ Abuse of Process
- ☐ Assault/Battery
- ☐ Conversion
- ☐ False Arrest/Malicious Prosecution
- ☐ Libel/Slander/Defamation
- ☐ Personal Injury
- ☐ Toxic Mass
- ☐ Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- ☐ Accounting
- ☐ Deceit (Misrepresentation)
- ☐ Fraud
- ☐ Invasion of Privacy
- ☐ Lead Paint
- ☐ Legal Malpractice
- ☐ Motion/Application Regarding Arbitration Award
- ☐ Other - General Civil

- ☐ Product Liability
- ☐ Request for Liquidation
- ☐ Writ of Replevin
- ☐ Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- ☐ Asbestos

**MORTGAGE FORECLOSURE**
- ☐ Non-Residential
- ☐ Residential

**STATUTORY CLAIM**
- ☐ Anti – SLAPP
- ☐ Consumer Protection Act
- ☐ Exploitation of Vulnerable Adult
- ☐ Freedom of Information Act (FOIA)
- ☐ Other

**TAX SALE FORECLOSURE**
- ☐ Tax Sale Annual
- ☐ Tax Sale Bid Off

**VEHICLE**
- ☐ Personal Injury
- ☐ Property Damage

- ☐ **TRAFFIC ADJUDICATION APPEAL**
- ☐ **REQUEST FOR FOREIGN JUDGMENT**

_Angi uem_
Filer/Attorney's Signature

06/01/2023
Date

CV-496/February 2023

Affidavit and Summons

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

FILED
CIVIL DIVISION
JUN 0 9 2023
Superior Court of the
District of Columbia

_Angelica Walker_
**Plaintiff**

Case Action No.: _2023-CAB-003235_

Vs.

_Karin Olofsdotter_
**Defendant**

## AFFIDAVAIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I _Angelica Walker_ under oath do hereby state the following

That my age and date of birth are as follows _35 years old, 06/28/1987._

That the residential or business address is _2900 K Street NW, Washington DC, 20007_

That a copy of the Initial Order, Complaint and Summons was mailed by the affiant to the above-named defendant _Karin Olofsdotter_ by registered certified mail.

That the return receipt attached hereto was signed by _____, the

defendant herein or _____ a person of suitable age and discretion residing therein at the

Defendant's usual place of abode, and the said receipt shows the date of deliver as the _08_ day

of _June_ 20 _23_.

If Return receipt does not purport to be signed by the parties named in the summons, then state specific

facts from which the Court's can determine that the person who signed the receipt meets the appropriate

qualifications for receipt of process as required by SCR (Civil) 4(e) (2) and 4 (c) (3)

**SPECIFIC FACTS:** The person (embassy staff member on front desk duty is required and authorized (trustworthy adult, age 18+) to sign off on registered certified mail arriving to the embassy and is responsible within their embassy staff position to deliver the mail to specific persons and entities residing within the embassy building located at 2900 K Street NW, Washington DC, 20007. I cannot read the signature but whoever it is works at the embassy.

Signature

Subscribed and sworn before me this ___9th___ day of _JUNE_ 20 _23_.

Notary Deputy Clerk

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

FILED
CIVIL DIVISION
JUN 0 9 2023
Superior Court of the
District of Columbia

_Angelica Walker_
**Plaintiff**

Case Action No.: _2023 -CAB - 003235_

Vs.

_Embassy of Sweden_
**Defendant**

## AFFIDAVAIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I   _Angelica walker_   under oath do hereby state the following

That my age and date of birth are as follows _35 years old, 06/28/1987._

That the residential or business address is _2900 K Street NW, washington DC, 20007_

That a copy of the Initial Order, Complaint and Summons was mailed by the affiant to the above-named defendant _Embassy of Sweden_ by registered certified mail.

That the return receipt attached hereto was signed by _____, the

defendant herein or _____ a person of suitable age and discretion residing therein at the

Defendant's usual place of abode, and the said receipt shows the date of deliver as the _08_ day

of _June_ 20 _23_ .

If Return receipt does not purport to be signed by the parties named in the summons, then state specific

facts from which the Court's can determine that the person who signed the receipt meets the appropriate

qualifications for receipt of process as required by SCR (Civil) 4(e) (2) and 4 (c) (3)

**SPECIFIC FACTS:** _The person / embassy staff member on front desk duty is required to and authorized (trust worthy adult, age 18+) to sign off on registered certified mail arriving to the embassy and is responsible within their embassy staff position to deliver the mail to specific persons and entities residing within the embassy building located at 2900 K street NW, washington DC, 20007. I cannot read the signature but whoever it is works at the embassy._

_Angeli walker_
Signature

Subscribed and sworn before me this _9_ day of _June_ 20 _23_

_Ricki Copeland_
Notary/Deputy Clerk Ricki Copeland

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee $4.15
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $0.00
☑ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $2.22
Total Postage and Fees $8.47
Sent To Karin Olofsdotter
Street and Apt. No., or PO Box No. 2900 K Street NW
City, State, ZIP+4® Washington, DC 20007

0271
20
Postmark Here
06/07/2023

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☑ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $8.47
Total Postage and Fees
Sent To Embassy of Sweden
Street and Apt. No., or PO Box No. 2900 K Street NW
City, State, ZIP+4® Washington, DC 20007

0271
20
Postmark Here
06/07/2023

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions


**UNITED STATES**
**POSTAL SERVICE**

June 8, 2023

Dear Angelica Walker:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7022 3330 0001 9910 0659.**

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | June 8, 2023, 1:16 pm |
| **Location:** | WASHINGTON, DC 20007 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 5.0oz |

**Recipient Signature**

Signature of Recipient:

2900 K ST NW, WASHINGTON,
DC 20007

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

 **UNITED STATES**
**POSTAL SERVICE**

June 8, 2023

Dear Angelica Walker:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7022 3330 0001 9910 0642**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | June 8, 2023, 1:15 pm |
| **Location:** | WASHINGTON, DC 20007 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

**Weight:**            5.0oz

## Recipient Signature

Signature of Recipient:

2900 K ST NW, WASHINGTON,
DC 20007

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# DOCUMENTS FROM D.C. SUPERIOR COURT



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION - Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Angelica Walker
_____
*Plaintiff(s)*

v.

Case No: 2023cab003235

Embassy of Sweden
_____
*Defendant(s)*

## NOTICE AND ACKNOWLEDGMENT OF SERVICE

To (insert name and address of the party to be served):
Embassy of Sweden
2900 K St NW
Washington, DC 20007
_____

    The enclosed summons, complaint, initial order, and any addendum are served in accordance with Superior Court Rule of Civil Procedure 4(c)(5).

    Please sign and date the Acknowledgement at the bottom of the page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, please indicate your relationship to that entity in the space beside your signature. If you are served on behalf of another person and you are authorized to receive process, please indicate your authority in the space beside your signature.

    If you do not complete and return the form to the sender within 21 days after it was mailed and you do not show good cause for this failure, you (or the party on whose behalf you are being served) will be required to pay 1) the costs incurred in serving the summons, complaint, initial order, and any addendum in any other manner permitted by law and 2) the reasonable expenses, including attorney's fees, for any motion required to collect those service expenses.

    If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days after you have signed, dated, and returned the form (or within 60 days if the party being served is the United States, the District of Columbia, or officers or employees of either). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

    This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Order, and Any Addendum was mailed on (insert date): 06/02/2023 _____.

*Signature* _____

*Date of Signature* 6/2/23

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, INITIAL ORDER, AND ANY ADDENDUM

    I (print name) _____ received a copy of the summons, complaint, initial order, and any addendum in the above captioned matter at (insert address): _____

_____
*Signature*

_____
*Relationship to Defendant/Authority to Receive Service*

_____
*Date of Signature*

Para pedir una traducción, llame al (202) 879-4828
Để có một bản dịch, hãy gọi (202) 879-4828

如需翻译,请打电话 (202) 879-4828
የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202) 879-4828 로 전화주십시오



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2023-CAB-003235

**Case Caption:** Angelica Walker v. Embassy of Sweden et. al.

## INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 09/01/2023 | 9:30 AM | Remote Courtroom 517 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Shana Frost Matini. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated below, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb517

   Meeting ID: 129 911 6415

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.


**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"


**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.

## ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov . The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩውን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

📞 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

   Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

- You can also find the list of legal services providers at dccourts.gov/coronavirus by clicking on the link that says, "List of Legal Service Providers for Those Without an Attorney."

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings (Click here for more information)



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# District of Columbia Courts

# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings.  The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

### The remote site locations are:



| Remote Site - 1 | Remote Site - 4 |
|---|---|
| Balance and Restorative Justice Center<br>1215 South Capitol Street, S<br>Washington, DC 20003 | Balance and Restorative Justice Center<br>hode Island Avenue, NE<br>ngton, DC 20018 |

| Remote Site - 2 | Remote Site - 5 |
|---|---|
| Balance and Restorative Jus<br>Center<br>1110 V Street, SE<br>Washington, DC 20020 | es Center<br>14th Street, NW, 2nd Floor<br>nunity Room<br>ington, DC 20009 |

| Remote Site - 3 | Remote Site - 6 |
|---|---|
| Balance and Restorative Jus<br>Center<br>118 Q Street, NE<br>Washington, DC 20002 | es Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** No walk-ins at this location*** |

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**.  If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements.**

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call:  **202-879-1900**
Email:  DCCourtsRemoteSites@dcsc.gov



# Tribunales del Distrito de Columbia
## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de l**unes a viernes, de 8:30 am a 4:00 pm**.

### Los centros de acceso remoto son:

| **Sitio Remoto - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Sitio Remoto - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| --- | --- |
| **Sitio Remoto - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Sitio Remoto - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Sitio Remoto - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Sitio Remoto - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*No se puede entrar sin cita previa* |



Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame al **202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov



FILED
CIVIL DIVISION
JUN 0 2 2023
Superior Court of the
District of Columbia

**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No. _2 0 2 3       3 2 3 5_

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

_Angelica Walker_
PLAINTIFF

vs

_Embassy of Sweden_
DEFENDANT

_2121 First Street SW, #817_
Address (No Post Office Boxes)

_2900 K Street NW_
Address (No Post Office Boxes)

_Washington    DC    20024_
City       State       Zip Code

_Washington    DC    20007_
City       State       Zip Code

_305 742 6696_
Telephone Number

_202 467 2600_
Telephone Number

_angelicawalker87@gmail.com_
Email Address (optional)

_ambassaden.washington@gov.se_
Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   I was employed by the Swedish Embassy with start date August 10th, 2021 in a commercial, non-diplomatic role advertised to anyone with a work permit in the U.S. After experiencing some time of being excluded from work place meetings and activities, not being presented with ~~date~~ employment contract, or documentation of relevance, no taxation information but taxes were filed in Sweden by employer on my _see addendum_

2. What relief are you requesting from the Court? Include any request for money damages.
                                                                                        compensatory
   Noneconomic damage awards/ for personal injuries in form of compensation for pain and suffering and emotional distress that the plaintiff and her family has suffered as a result of the employer's actions.

                                   → see addendum



3. State any other information, of which the Court should be aware:

Pending case related to action being filed at OHR, # 17205.
Employment issues includes discrimination based on my
disability and national origin by defendant subjecting
plaintiff to a hostile work environment, discipline, failure
to accommodate and discharge, also issues regarding retaliation
regarding taxation, unemployment compensation, favoritism, discrimination in work hiring
processes, discrimination and retaliation of family member
and family business and whistle blower related matters
the Swedish government's handling of citizen's passports
processing, violations of Swedish laws (including constitutional
and administrative law) and
human rights.
All within "commercial activities".

**SIGNATURE**

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to
harass the Defendant(s). Superior Court Civil Rules 11(b).

**SIGNATURE**

06/01/2023
**DATE**

Subscribed and sworn to before me this ___2___ day of __June__ 20 23 .

V. Hinley
(Notary Public/Deputy Clerk)

2

1/3

**ADDENDUM TO COMPLAINT**

*Superior Court of the District of Columbia CIVIL DIVISION – Civil Actions Branch, 500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001*

Case No. _____

1. behalf although I have no connection to Sweden since many years back (I only travel back every few years to visit friends and relatives), no specification of duties and responsibilities, issues between the two departments my role was divided by, bullying in form of exclusion, comments, gossip, shift blame of chaotic communication ways amongst my supervisors and other staff members in higher positions than mine, citizen concerns and complaints in regards to the embassy's conduct and failing services (I was responsible for taking the main part of complaints and concerns from Swedish citizens, "the face of the embassy" as the staff members calls it internally) and a racial profiling incident of my husband at my workplace, etc., I made complaints and asked for guidance by my supervisor/head of department in a meeting where I asked for reasonable accommodation due to my disability and concerns about my mental health in form of clear communication, description of mine (and the staff members that I worked closely with) duties and responsibilities, to possibly worked with a closed glass door to my office/open front desk area and for a specific person not to bother me further until we had solved the work place and duty issues as she was the main person bullying me, gossiping, making some of my daily duties impossible to perform as she was responsible for specific legal details, etc. The plaintiff suggested meetings between the staff members involved and training to prevent work bullying, toxic work environment, racism, discrimination and favoritism, etc. Nothing was done by the supervisor, but instead the exclusion and odd behavior towards the plaintiff, and her family, by multiple colleagues continued and escalated drastically after the meeting that took place on January 31st, 2022.

I escalated my concerns with the ambassador, Karin Olofsdotter, on February 4th, 2022. The ambassador promised me that my concerns and complaints would be taken seriously and that she was personally going to "handle the problem". After that I never saw the ambassador again but was called into a meeting on February 10th, 2022, where the deputy chief, supervisor/head of plaintiff's department and the personnel officer expressly raised concerns about my mental health, stating that they all, and others, felt that I was making them uncomfortable and I was told to go home and not come back to the embassy until their investigation regarding the concerns and complaints was completed. I was not allowed to speak much for herself in that meeting and my questions on why I should go home was left ignored. I assured them that nothing had changed with me being able to perform my duties and that I only needed some sort of reasonable accommodation and for the toxic work environment and discrimination to stop and continued to professionally question their actions and response to my raised concerns as I was in total shock of all the escalating and confusing events taking place after I raised my concerns and asked for reasonable accommodation. I was fired with no explanation or documentation as a result of my disability on or around April 20th, 2022, and no HR investigation was ever made, neither was any reasonable accommodation or any suggestions of solutions. My questions on what the reason for them firing me has been ignored ever since. The retaliation has continued after being fired since applied for positions at the embassy that I qualify for and has not been called for interviews, the employer has

2/3

filed taxes on my behalf in Sweden with no further explanations, my husband's business is being discriminated on where he is not allowed to host a planned event at the embassy's commercially and publicly offered event space center in House of Sweden.

I was given no reason or documentation on why I was fired. The termination is in violation of The District of Columbia Human Rights Act (DCHRA), so are the retaliatory actions towards me and my family that has continued throughout 2022 and 2023, and is ongoing (discrimination claim filed with OHR regarding the discrimination towards my husband and his business). According to DCHRA all DC employers must at the time of hire provide detailed information including the rate of pay and basis of the rate, for example by the hour, shift, day, week, salary, piece, or commission; overtime pay rate and exemptions from overtime. The embassy has failed to do so regarding the plaintiff's employment.

According to DCHRA, DC employers must post a copy of a summary of the law; failure to post the required notice tolls the running of the statute of limitations. The embassy has not posted such document at any time during the plaintiff's employment.

Employees are protected from retaliation if employee complains or is believed by his/her employer to have complained to DC or the federal government, provides information to DC or federal authorities or testifies. Retaliation is presumed if an adverse action is taken against an employee within 90 days of the employee's engaging in any of these activities. The embassy has punished me for raising concerns and made complaints by not giving me my documentation, continuing to discriminate on my family, and have given my employment to others (according to the documentation I was given in January 2022, I was supposed to get firsthand offer as full time receptionist as the temporary pregnant women that had that role never came back/turned the offer down, or something to the similar as I had worked in that role over six months (trial period)), I have not been invited to interviews where I have should have been with my qualifications and work experience, and seniority.

According to DCHRA, discrimination due to specifically disability, national origin, familial status, family responsibilities and marital status is prohibited. The embassy has failed to live up to human rights in the plaintiff's employment and has engaged in harassment, disparate treatment towards the defendant and has taken tangible adverse action against the plaintiff in the ways mentioned within this complain (further details and evidence will be presented).

DCHRA applies to all employers that do business within the District of Columbia, regardless of size, as human rights are superior to foreign sovereignty where the entity in question is conducting "commercial activity". My employment was included in the embassy's commercial activity where I was serving the American public in my role, as well as the embassy's commercial event space, House of Sweden, etc. and this position is part of the mission's locally employees, meaning that they advertise this position to everyone with an American work permit/American citizenship as well as people from other nationalities as it is not a diplomatic role that lacks sovereign powers. It is the plaintiff's and every Washington D.C. resident's legal, civil, and human right to be free from discrimination at work and in public accommodation spaces and businesses in Washington D.C. See Code of the District of Columbia § 2-1403.16 (a), 28 U.S. Code § 1602.

3/3

It is of the highest importance that people employed at embassies can use their voices and raise concerns and make complaints for themselves and others where discrimination and violation of human rights is taking place, especially in an unstable world where democracy is under threat and toxic silence culture harm a lot of people.

2. Some of the pain and suffering, and emotional stress the plaintiff and her family members have suffered consist of headache, neck pain, muscle strain, anxiety, pts, insomnia/loss of sleep, fear, sadness, anger/frustration, psychological trauma, embarrassment and humiliation, lost enjoyment of life, distress over a disability, malicious and unjustified harm of the plaintiff's good reputation/ character assassination of plaintiff and her family, diminished quality of life, etc. The plaintiff seeks a total of $7,000,000 which consist of a rough estimate of 33 years of employment in the same role until retirement (not taking in factors like inflation, future economy aspects, etc.) in the amount of $2,000,000, and $5,000,000 for the trauma and wrongdoing that has cost severe pain and suffering, emotional distress, etc. as mentioned above.

The plaintiff asks the court to reinstate her employment and reasonable accommodation if possible. Should the judge reinstate the plaintiff's employment, the plaintiff is satisfied with that decision instead of the lost salary of a life carrier's worth.

The plaintiff is also seeking punitive damages/action to make the embassy and their employees stop acting in detrimental and inhumane manners towards people in the District of Columbia and stop the conduct that causes discrimination and harm as it is a definite and mandatory base for any privileged embassy honorably hosted in another country to follow the host countries' laws, international laws and conventions, and bare minimum at all times live up to the United Nation's Universal Declaration of Human Rights and it's addendums, with emphasis on Article 1, 2, 3, 5, 7, 8, 12, 13, 16, 18, 19, 21, 22, 23, 24, 25, 27, 28, 29. The Swedish goverment has focused the last year on a rushed NATO membership over remedying the severe issues and governmental department chaos reported about by a huge amount of governmental employees/whistleblowers, in Swedish governmental union writings and objective media. Within the minimum requirements for a NATO membership the U.S. State Department states that "New members must uphold democracy, including tolerating diversity" and that "they must be good neighbors and respect sovereignty outside their borders".

## ADDENDUM TO COMPLAINT

2023    3235

CASE NO._____

## ADDITIONAL PARTY NAMES AND ADDRESSES

Karin olofsdotter
☐ PLAINTIF        ☒ DEFENDANT

2900 K Street NW
Address (No Post Office Boxes)

Washington DC, 20007
City        State        Zip

202 467 2600
Telephone Number

Ambassaden. washington-
Email Address (Optional)
ambassadorsoffice @ gov.se

☐ PLAINTIFF        ☐ DEFENDANT

_____
Address (No Post Office Boxes)

City        State        Zip

_____
Telephone Number

_____
Email Address (Optional)

☐ PLAINTIF        ☐ DEFENDANT

_____
Address (No Post Office Boxes)

City        State        Zip

_____
Telephone Number

_____
Email Address (Optional)

☐ PLAINTIFF        ☐ DEFENDANT

_____
Address (No Post Office Boxes)

City        State        Zip

_____
Telephone Number

_____
Email Address (Optional)



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Angelica Walker_
_____
Plaintiff

vs.

_Karin Olofsdotter_
_____
Defendant

Case Number **2023    3235**
_____

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Angelica Walker_
_____
Name of Plaintiff's Attorney

_2121 First Street SW, #817_
_____
Address
_Washington DC, 20024_
_____

_305 742 6696_
_____
Telephone
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면,(202)879-4828로 전화주십시요     ያማርኛ ተርጓሚ ለማግኘት (202) 879-4828     ይደውሉ

Clerk of the Court

By _____
Deputy Clerk

Date _____

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                           Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
*500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001*
*Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov*

_____
                          Demandante

contra

                          Número de Caso: _____

_____
                          Demandado

## CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

|  | *SECRETARIO DEL TRIBUNAL* |
|---|---|
| Nombre del abogado del Demandante | |
| | Por: _____ |
| Dirección _____ | Subsecretario |
| | Fecha _____ |
| Teléfono | |

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

    Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                     Super. Ct. Civ. R. 4



**Superior Court of the District of Columbia**
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Angelica Walker_
_____
Plaintiff

vs.

Case Number **2023   3235**

_Embassy of Sweden_
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Angelica Walker_
_____
Name of Plaintiff's Attorney

_2121 First Street SW, #817_
_____
Address
_Washington DC, 20024_
_____
_305 742 6696_
_____
Telephone
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction       Đề có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오.    ？ＡＰ？Ｃ？ ？Ｃ？？ ？？？？？ (202) 879-4828   ？？？？？

_Clerk of the Court_

By _____

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                        Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                          Demandante

contra

               Número de Caso: _____

_____
                          Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                     *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

          Por: _____

_____
Dirección
                                 Subsecretario

          Fecha _____

_____
Teléfono

如需翻譯,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을원하시면(202)879-4828로전화하십시요.     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                   Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH
INFORMATION SHEET

_Angelica Walker_
Plaintiff(s)

Case Number: **2023 - 3235**

vs

Date: _06/01/2023_

_Embassy of Sweden_
Defendant(s)

☒ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)*  _Angelica Walker_ | Relationship to Lawsuit |
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☒ Self (Pro Se) |
| Telephone No.:  _305 742 6696_    DC Bar No.: | ☐ Other: _____ |

TYPE OF CASE:   ☐ Non-Jury    ☒ 6 Person Jury       ☐ 12 Person Jury
Demand: $ _7,000 000_                    Other: _Punitive action/damages, reinstate_
                                                        _stop discrimination employment,_

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____    Judge: _____    Calendar #:_____

Case No.:_____    Judge: _____    Calendar #:_____

---

**NATURE OF SUIT:**    *(Check One Box Only)*

**CONTRACT**
☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**
☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
☐ Breach of Contract
☒ Discrimination
☐ Wage Claim
☐ Whistle Blower
☐ Wrongful Termination

**REAL PROPERTY**
☐ Condo/Homeowner Assn. Foreclosure
☐ Declaratory Judgment
☐ Drug Related Nuisance Abatement
☐ Ejectment
☐ Eminent Domain
☐ Interpleader
☐ Other
☐ Quiet Title
☐ Specific Performance

☐ FRIENDLY SUIT
☐ HOUSING CODE REGULATIONS
☐ QUI TAM
☐ STRUCTURED SETTLEMENTS

**ADMINISTRATIVE PROCEEDINGS**
☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other
☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**
☐ Medical – Other
☐ Wrongful Death

**AGENCY APPEAL**
☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [ ] Assault/Battery
- [ ] Conversion
- [ ] False Arrest/Malicious Prosecution
- [ ] Libel/Slander/Defamation
- [ ] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [ ] Other - General Civil

- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti – SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] **TRAFFIC ADJUDICATION APPEAL**
- [ ] **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer/Attorney's Signature

06/01/2023
_____
Date

CV-496/February 2023



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

☐ **Civil Actions Branch**
**500 Indiana Ave., N.W.**
**Room 5000**
**Washington, D.C. 20001**
**Telephone: (202) 879-1133**

☐ **Landlord & Tenant Branch**
**510 4ᵗʰ Street, N.W.**
**Room 110**
**Washington, D.C. 20001**
**Telephone: (202) 879-4879**

☐ **Small Claims & Conciliation Branch**
**510 4ᵗʰ Street, N.W.**
**Room 119**
**Washington, D.C. 20001**
**Telephone: (202) 879-1120**

_____
                    Plaintiff

v.                                    CASE NUMBER: _____

_____
                    Defendant

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____

_____

## SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____          _____
Signature                                Date

_____          _____
Printed Name and Bar Number (if applicable)   Street Address

_____          _____
Email Address and Phone Number           City, State, Zip

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____          _____
Name                                     Name

_____          _____
Street Address                           Street Address

_____          _____
City, State, Zip                         City, State, Zip

_____          _____
Email Address and Phone Number           Email Address and Phone Number

Form CV(6)-451/Jan. 2020                  Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5